IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROBERT L. DELK )
)
v. ) NO. 3-13-0758
) JUDGE CAMPBELL
SUPERIOR OFFICE SERVICES, INC. )

ORDER

Plaintiff has filed a document entitled "Stipulation of Dismissal of 42 U.S.C. § 12101 Americans with Disabilities Act Claim and Additional Suggestion of Lack of Subject Matter Jurisdiction" (Docket No. 33). In accordance with that Stipulation, Plaintiff's Americans with Disabilities Act claim is DISMISSED with prejudice.

Having dismissed the federal claim in this action, the Court no longer has subject matter jurisdiction. Accordingly, all other claims herein are DISMISSED without prejudice.

Any pending Motions are denied as moot, and the Clerk is directed to close the file. The pretrial conference set for September 29, 2014, and the jury trial set for October 7, 2014, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE