UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ROBERT L. DELK, | ) |
|     Plaintiff, | ) Case No. 3:13-cv-00758 |
| v. | ) |
| SUPERIOR OFFICE SERVICES, INC., | ) |
|     Defendant. | ) |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on July 2, 2014.

KEITH THROCKMORTON, CLERK

/s/ Debby Sawyer